1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

SOUTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16

| | |
|---|---|
| CARLOTTA BLOUNT, on behalf of herself and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>ADP, INC., a New Jersey Corporation, et al., )<br><br>Defendants. ) | Civil No. 09CV1668 AJB (KSC)<br><br>**FINAL JUDGMENT OF DISMISSAL OF CLASS AND COLLECTIVE ACTION** |

17      In accordance with Rule 23 of the Federal Rules of Civil Procedure and the Order of Final

18   Approval of Settlement ("Final Approval Order") entered by the Court in this Class and Collective

19   Action on June 5, 2013, it is:

20      ORDERED, ADJUDGED AND DECREED that:

21      1.      Judgment is hereby entered dismissing this Class and Collective Action against

22   Defendants ADP, Inc. and Wilson Worldwide, LLC dba Wilson HR, in its entirety, on the merits, and

23   with prejudice and without the payment of fees or costs other than as provided in the Settlement

24   Agreement and Release of Claims ("Settlement Agreement") referred to in the Final Approval Order.

25      2.      Without affecting the finality of this Judgment in any way, the Court hereby retains

26   continuing jurisdiction over (a) the implementation of the settlement as described in the Settlement

27   Agreement and the Final Approval Order, and (b) all parties hereto for the purpose of administering the

28   Settlement Agreement, enforcing its terms and enforcing the terms of this Judgment.

10CV1886

3.      In the event the settlement does not become effective in accordance with the terms of the Settlement Agreement, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Settlement Agreement and shall be vacated, and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Settlement Agreement.

4.      The Court certified a class for settlement purposes pursuant to Federal Rule of Civil Procedure Rule 23(b)(3) and finds the class to include all individuals who received payments from Wilson for work performed while assigned to or at ADP in the State of California as contingent recruiters, researchers, or sourcers in ADP's Shared Services Division at any time from September 1, 2006 to September 28, 2012, who received notice pursuant to Federal Rule of Civil Procedure 23(c)(2) and who did not timely request to be excluded from the class.

IT IS SO ORDERED.

DATED:  June 5, 2013

_____
Hon. Anthony J. Battaglia
U.S. District Judge

10CV1886